# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Kamal Karna Roy**

    vs.                            **CASE NUMBER: 8:09-CV-688 (GTS/DRH)**

**2 Democratic Senators of NYS Albany, NY; NY State, Albany, NY; USA Government Washington, DC; Associated Press NYC, NY; US American Man; and Estate of deceased Legend Michael Jackson**

**Decision by Court.**  This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David R. Homer is ACCEPTED and ADOPTED. It is Ordered that Plaintiff's Amended Complaint is DISMISSED without prejudice.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 9th day of September, 2009.

DATED: September 9, 2009

*[signature]*
Clerk of Court

s/

_____
Joanne Bleskoski
Deputy Clerk